# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOSE A. CRUZ,

                Petitioner

           v.

COURT OF COMMON PLEAS OF
LEHIGH COUNTY,

                Respondent

: No. 102 MM 2016
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED**.